IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENRIQUE COURTNEY HUBER § <br> *Plaintiff*, § <br> § <br> VS. § <br> § <br> GALVESTON COUNTY, HENRY § <br> TROCHESSET, OFFICER TRAN, § <br> BOON-CHAPMAN BENEFIT § <br> ADMINISTRATORS, INC. SOLUTA, § <br> INC., CORRECTIONS CORPORATIONS§ <br> OF AMERICA, CORECIVIC, INC., § <br> CORECIVIC, AND NURSE PITTMAN, § <br> *Defendants*. § | CIVIL ACTION NO. _____ |

**INDEX OF MATTERS BEING FILED WITH NOTICE OF REMOVAL**

| Exh. | Description |
|:---:|---|
| A | This Index. |
| B | The Docket Sheet in the State Court Action. |
| C | The Pleadings to date as filed in the State Court Action. |
| D | The executed process papers in the State Court Action. |
| E | List of known counsel of record, including addresses, telephone numbers, and parties represented. |

EXHIBIT A