**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ENRIQUE COURTNEY HUBER,** | § | |
| *PLAINTIFF,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **4:20-cv-03997** |
| **GALVESTON COUNTY, ET AL.** | § | |
| *DEFENDANTS.* | § | |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SOLUTA HEALTH, AND BOONE CHAPMAN AND STIPULATION

Plaintiff, Enrique Huber files his Motion for Voluntary Dismissal ***without*** prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), terminating Claims against Defendants Soluta Health and Boone Chapman  and notices the following:


Plaintiff filed his Original Complaint in Houston Division alleging causes of action against the Defendant for Fourth and Fourteenth Amended Violations under 42 U.S.C. § 1983 denial of medical care case.


Plaintiff wishes to dismiss his claims against the Defendants, Soluta Health and Boone Chapman. Plaintiff is requesting the court recognize the FRCP Rule 41(a)(1)(A)(i) voluntary dismissal without prejudice terminating claims against Defendants, Soluta Health and Boone Chapman, with an order reflecting the same.

THE LEWIS LAW GROUP, PLLC.

BY: /s/ U.A. Lewis

U.A. Lewis

State Bar No. 24076511

Federal Bar No. 1645666

P.O. Box 27353

Houston, Texas 77227

Telephone: (713) 570-6555

Facsimile: (71) 581-1017

myattorneyatlaw@gmail.com

LEAD ATTORNEY FOR THE PLAINTIFF


STIPULATION

The parties hereby stipulate to the dismissal of **Defendants Soluta Health and Boone Chapman** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

THE LEWIS LAW GROUP, PLLC.

BY: /s/ U.A. Lewis

U.A. Lewis

State Bar No. 24076511

Federal Bar No. 1645666

P.O. Box 27353

Houston, Texas 77227

Telephone: (713) 570-6555

Facsimile: (71) 581-1017

myattorneyatlaw@gmail.com

LEAD ATTORNEY FOR THE PLAINTIFF

By: /s/ Christopher G. Rigler

Christopher G. Rigler

Attorney in Charge

State Bar No. 24091028

U.S. Southern District No. 2385768

700 North Pearl Street, Twenty-fifth

Floor Dallas, Texas 75201

Tel.: (214) 871-8200

Fax: (214) 871-8209

crigler@thompsoncoe.com

MILLS SHIRLEY L.L.P.

2228 Mechanic St., Suite 400

Galveston, TX 77550

Phone/Fax: 409.761.4001


By:L. Jeth Jones, II

L. Jeth Jones, II

Texas Bar No. 24012927

S.D. of Texas Bar No. 36350

jjones@millsshirley.com

ATTORNEYS FOR DEFENDANTS,

GALVESTON COUNTY, HENRY

TROCHESSET, AND OFFICER TRAN


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all interested parties and counsel of record via the electronic filing system, email, first-class mail, or facsimile on this 10th day of August 2022.

**/s/ U. A. Lewis**
 U.A. Lewis